# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JEAN PIERRE and 1420 MED, LLC,<br><br>Plaintiffs<br><br>v.<br><br>ALLSTATE INDEMNITY COMPANY,<br><br>Defendant | Case No.: 2:24-cv-00010-APG-DJA<br><br>**Order Deeming Order to Show Cause Satisfied** |

In light of defendant Allstate Indemnity Company's response to the order to show cause (ECF No. 5),

I ORDER that the order to show cause is satisfied and I will not remand this action for lack of subject matter jurisdiction at this time.  However, Allstate remains responsible for establishing subject matter jurisdiction exists.

DATED this 17th day of January, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE