JOHN T. KEATING
Nevada Bar No. 6373
**K E A T I N G** LAW GROUP
9130 W. Russell Road, Suite 200
Las Vegas, Nevada 89148
jkeating@keatinglg.com
(702) 228-6800 phone
(702) 228-0443 facsimile
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| JEAN PIERRE, a Nevada Resident, 1420 MED LLC, a Texas Limited Liability Company authorized to do business in Nevada,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLSTATE INDEMNITY COMPANY,<br><br>Defendants. | CASE NO.: 2:24-cv-00010-APG-DJA<br><br>STIPULATION AND ORDER FOR DISMISSAL |
|---|---|

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, by and through their respective counsel, that all claims shall be, and are hereby, dismissed with prejudice, each

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

party to bear their own costs and attorney's fees.

Dated this 19th day of March, 2025.                   Dated this 19th day of March, 2025.

**KEATING LAW GROUP**                                  **LEVERTY & ASSOCIATES LAW, CHTD.**

*/s/ John T. Keating*                                   */s/ William R. Ginn*
_____                            _____
JOHN T. KEATING                                        WILLIAM R. GINN, ESQ.
Nevada Bar No. 6373                                    Nevada Bar No. 6989
9130 West Russell Road, Suite 200                      PATRICK R. LEVERTY, ESQ.
Las Vegas, Nevada 89148                                Nevada Bar No. 8840
*Attorney for Defendant*                               832 Willow Street
                                                       Reno, Nevada 89502
                                                       *Attorneys for Plaintiffs*

<u>ORDER</u>

IT IS SO ORDERED.

Dated this __20th__ day of _____March_____, 2025.

_____
UNITED STATES DISTRICT COURT JUDGE